JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Cauley<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Marincovich et al<br><br>　　　　Defendants. | Case No. CV 16-01446-AB (SSx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The Order to Show Cause (Dkt. No. 15) is hereby **DISCHARGED**.

Dated: May 20, 2016　　　　　　_____

　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.